U.S.C.A.F.C. No.: 15-3104

## IN THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

MICHAEL R. JONES,
6455 Marigold St.,
Corona, CA 92880
(530) 227-8779
Pro se

RECEIVED

APR 20 2015

Unit___ ___ ___ ___peals
___ ___ ___

Plaintiff, Appellant

v.

U.S. OFFICE OF PERSONNEL
MANAGEMENT (OPM)

Defendant, Agency, Respondent

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

U.S. Court of Appeals For the Federal Circuit (U.S.C.A.F.C.) No: 15-3104

Merit Systems Protection MSPB (MSPB) Case No.: SF-0831-14-0651-I-1 (PS)

**EMERGENCY MOTION UNDER FEDERAL RULES OF APPELLATE PROCEDURE 27 TO COMPEL FOR THE PRODUCTION OF ALL RECORDS**

April 16, 2015

¶1    This is an emergency motion under FRAP 27 to compel the respondent

(OPM/Agency), represented by Michael Rodriguez, to provide the entire record in

accordance with Fed. Cir. R. 17, and Federal Rules of Appellate Procedure (FRAP)

(1)(b)(A or B) and FRAP 10.  The entire record to be provided as per FRAP 17

(1)(b)(A and B) and FRAP 10 to the U.S.C.A.F.C. for immediate and proper

filing/docketing and entering into the case record **(U.S.C.A.F.C. No: 15-3104)**, and

provide me with a copy.  This includes but is not limited to a certified list and all

documents listed therein, and all records and documents possessed by, under the

control of, and the Agency has access too, relating to my retirement from the U. S.

Department Agriculture's Forest Service.  This also includes, records documents

designated, described, and addressed herein, cited by the Agency, M.S.P.B., and

U.S.C.A.F.C.". Additionally, this includes the "record(s)" on which the Agency and

Judiciary (M.S.P.B. and U.S.C.A.F.C.) have based are basing their decisions in the

above cited cases.

¶3    To date, there is no evidence that a certified list has been filed or served to

the OPM/Respondent (Represented by Michael Rodriguez) the other party in this

case and in accordance with Fed. Cir. R. 17, Filing the Record b (3)(c).

In this motion, I request **under** Fed. Cir. R. 17 **Service of Certified List or**

**Index by Agency and (d) Access of Parties and Counsel to Original Record,**

(1) **Material Not Subject to a Protective Order,** to inspect and copy the non-

confidential original papers, transcripts, and exhibits to prepare the appendix.

¶4    Furthermore, I request that all parts of the record retained by the agency,

which are a part of the record on review for all purposes and requested and in

accordance with FRAP 17 at 1(b) (B, 3) and .

¶5    Notice: I am not liable for the U.S.C.A.F.C., (including the Clerk of the

Court) or Respondent is altering, changing, falsifying, withholding, and/or

materially misrepresenting the service and/or filing/docketing of documents.   I am

not liable for documents, records, filings, etc, provided by others, i.e. not the

U.S.C.A.F.C. and/or the other party (Agency/respondent/OPM represented by

Michael Rodriguez).

**U.S.C.A.F.C. No.: 15-3104**

Thus, the facts and reasons provide herein support and justify my requesting "Motion to Compel" is relevant and necessary to help ensure accuracy, clarity of events, and a fair adjudication of my case and appeal. Please see all my appeal and petition for review filings submitted.

¶7    For, but not limited to, the reasons provided herein I move for the U.S.C.A.F.C. to compel the Agency with this motion and provide me all the record(s), including files, documents, exhibits, etc., requested and required to provide under the federal rules and entered them into the U.S.C.A.F.C. case record.

Respectfully submitted,

Michael R. Jones
Plaintiff

U.S.C.A.F.C. No.: 15-3104

## IN THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| MICHAEL R. JONES,<br>6455 Marigold St.,<br>Corona, CA 92880<br>(530) 227-8779<br>Pro se<br><br>Petitioner,<br><br>v.<br><br>U.S. OFFICE OF PERSONNEL<br>MANAGEMENT (OPM)<br><br>Respondent. | **U.S. Court of Appeals For the Federal Circuit (U.S.C.A.F.C.) No: 15-3104**<br><br>**Merit Systems Protection MSPB (MSPB) Case No.: SF-0831-14-0651-I-1 (PS)**<br><br>**CERTIFICATE OF SERVICE**<br><br>April 16, 2015 |

I MICHAEL R. JONES (Petitioner) hereby certify that on this day April 16, 2015, served the above-cited motion to compel the production of entire record by US Mail or FedEx this day to the following:

1.    Clerk of the Court, U.S. Court of Appeals for the Federal Circuit, 717 Madison Place, NW, Washington, DC 20449, ~~original plus 3 copies~~; *M.J.*
       *FedEx 8066 8424 6419*        *3 M.J.*

2.    Agency Representative Michael Rodriguez
       United States Department of Justice, Commercial Litigation Branch
       P.O. Box 480, Ben Franklin Station
       Washington, DC 20044

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

*Michael R Jones*

Michael R. Jones
Plaintiff