NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL R. JONES,**
*Petitioner*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent*

---

2015-3104

---

Petition for review of the Merit Systems Protection Board in No. SF-0831-14-0651-I-1.

---

**ON MOTION**

---

**O R D E R**

Petitioner Michael R. Jones moves to compel the Office of Personnel Management to provide the "entire record," including a certified list and "all documents listed therein." Mr. Jones also has filed numerous "objections" to what he perceives as docketing errors concerning his submitted filing fee and his Entry of Appearance and Statement Concerning Discrimination forms.

With regard to Mr. Jones' asserted docketing errors, the court notes that for each of the items Mr. Jones identifies, the docket contains an entry, indicates the date of receipt, and reflects docketing promptly after such receipt.

Regarding Mr. Jones' motion to compel, the agency is only required to file and serve the parties with a copy of the agency's decision and a certified list adequately describing all documents, transcripts of testimony, exhibits, and other material consisting the record, or describing those parts designated by the parties. *See* Fed. R. App. P. 17(b); Fed. Cir. R. 17 (a), (b)(2), (c).

The court notes that the certified list was filed by the Merit Systems Protection Board on April 10, 2015. The Board's Attestation states that the parties were served on April 3, 2015. *See Jones v. Office of Pers. Mgmt.*, No. 2015-3104 (Fed. Cir. Apr. 10, 2015), ECF No. 7. To the extent that Mr. Jones' motion asserts he was not served a copy of the certified list, the court has enclosed a copy.

 To the extent that Mr. Jones seeks a copy of the actual documents, transcripts, exhibits, and materials as opposed to the certified list, he may, of course, contact the agency if he wishes to inspect and copy the original papers, transcripts, and exhibits as allowed under applicable agency regulations. *See* Fed. Cir. R. 17(d).

Accordingly,

IT IS ORDERED THAT:

The motion to compel is granted to the extent that the court shall provide a copy of the certified list, Docket Entry 7, to Mr. Jones.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s31